TRIAL MINUTES

UNITED STATES OF AMERICA

vs.

BRENT SEE

DATE: FEBRUARY 16, 2017

JUDGE   DONALD C. NUGENT

CASE NUMBER  4:16 CR 310

COURT REPORTER:  GEORGE STAIDUHAR

Length of Proceedings:  240

TRIAL TO [ ] COURT [XX] JURY

[ ] OPENING STATEMENTS OF COUNSEL

PLTF'S CASE [ ] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

DEFT'S CASE [ ] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

[X] TESTIMONY TAKEN (See Witness List)

[X] REBUTTAL OF PLTF [ ] SURREBUTTAL OF DEFT

[X] FINAL ARGUMENTS [X] CHARGE TO THE JURY

JURY DELIBERATIONS [X] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [X] CONCLUDED

ADJOURNED UNTIL _____ AT _____

TRIAL CONT'D.
US CALLS FOLLOWING WITNESS IN REBUTTAL. ① S/A
WILLIAM SWIFT. USA rests. Court gives preliminary instructions
on the law. Arguments of counsel made. Final instructions of law given.
Alt. jurors excused and jury retires in deliberation. Jury returns
unanimous VERDICT of NOT GUILTY. Court polls jury & accepts
verdict. Jury discharged. Defendant discharged.
Court adjourned

[ ] EXHIBITS LOCATED IN _____

[X] EXHIBITS RETURNED TO COUNSEL

Donald C. Nugent 2/16/17